UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN TIKAL, | ) | NO. ED CV 19-1787-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN FCI-1 VICTORVILLE, et al, | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal," filed on this date,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 8, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE